THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANCIS G. WARD, Appellant, *v.* MARCUS M. DRAKE et al., Constituting the BOARD OF PUBLIC WORKS OF THE CITY OF BUFFALO, N. Y., Respondents.

*People ex rel. Ward* v. *Drake,* 43 App. Div. 325, affirmed.
(Argued January 8, 1900; decided January 23, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 9, 1899, which dismissed, on the merits, relator's petition for a peremptory mandamus, on appeal from an order of the Special Term denying such application.

*Simon Fleischmann* for appellant.

*Henry W. Killeen* for respondents.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN and VANN, JJ. Not voting: HAIGHT, J.